IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HUGO LOVO, BASHAR MASOUD, MARK URBINA, LUIS CASTELLANOS, KAIMA C. WILDER, SURAJ BAJRACHARYA, KHALID AL FHEED, TARIQ ALFHEED, SANJIV PRAJAPATI, COREY TATUM, GLENNIS DAVIS, ROBERT WOODROW, and KHALED BIRA,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPRESS COURIER INTERNATIONAL, INC., d/b/a LSO FINAL MILE; EMP LSO HOLDING CORPORATION,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-CV-00853-Y |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' RULE 56(d) MOTION

Before the Court is Plaintiffs' Rule 56(d) Motion (ECF No. 85), which requests that this Court hold Defendants' Motion for Summary Judgment (ECF No. 74) in abeyance and to reopen discovery for the limited purpose of permitting counsel for Plaintiffs to take the deposition of the corporate representative of Defendant Express Courier International, Inc. ("Defendant" or "Express") regarding the investments that Express has made in its business.

Considering any response, argument of counsel, and being duly advised in the premises the Court is of the opinion that the Motion is **GRANTED.**

Defendant shall produce a corporate representative on the topic of Express's investments in its business no fewer than 30 days from today.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2018

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE