IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HUGO LOVO, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> EXPRESS COURIER INTERNATIONAL, <br> INC., d/b/a LSO FINAL MILE, *et al.*, <br>     Defendant. | § § § § § § § § | CIVIL ACTION NO. 4:16-CV-853-Y |

## ORDER OF DISMISSAL

Before the Court is Plaintiffs' and Defendant's Joint Stipulation of Dismissal, filed December 16, 2019 (doc. 131). The Court determines that all claims asserted by plaintiffs Hugo Lovo, Bashar Masoud, Mark Urbina, Luis Castellanos, Kaima C. Wilder, Surah Bajracharya, Khalid Alfeed, Tariq Alfeed, Sanjiv Prajapati, Corey Tatum, Glennis Davis, Robert Woodrow, and Khalid Bira ("Plaintiffs") against Express Courier International, Inc., d/b/a LSO Final Mile ("Defendant") should be dismissed.

Accordingly, it is ORDERED that all claims of Plaintiffs against Defendant are hereby **DISMISSED WITH PREJUDICE** and this lawsuit is **DISMISSED IN ITS ENTIRETY.** Plaintiffs and Defendant shall bear their own legal fees and costs except as otherwise specified in their settlement agreement.

SIGNED January 10, 2020.

                                                 *Terry R. Means* <br>
                                               TERRY R. MEANS <br>
                                               UNITED STATES DISTRICT JUDGE