```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

HUGO LOVO, ET AL.                §
                                 §
VS.                              §      ACTION NO. 4:16-CV-853-Y
                                 §
EXPRESS COURIER INTERNATIONAL,   §
INC., d/b/a LSO FINAL MILE,      §
ET AL.                           §

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties or, if no agreement has been reached, by the party incurring them.

SIGNED January 10, 2020.

*[Signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE